PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. SAMUEL RODRIGUEZ                             Docket Number: 07-cr-00288-WYD-01

**Supplemental Petition on Supervised Release due to Violation of Supervised Release**

COMES NOW, Dee A. Clark, probation officer of the court, presenting an official report upon the conduct and attitude of Samuel Rodriguez who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 14th day of December 2007, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. If not deported, the defendant shall participate in a program of testing and/or treatment for drug abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

2. If the defendant is deported, he shall not reenter the United States illegally. If the defendant reenters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the petition dated January 15, 2009, will be supplemented to include an additional violation of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 2nd day of June, 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Dee A. Clark |
| | Dee A. Clark<br>Senior U.S. Probation Officer |
| s/ Wiley Y. Daniel | |
| Wiley Y. Daniel<br>Chief U.S. District Court Judge | Place: Denver, Colorado |
| | Date: June 1, 2009 |

## ATTACHMENT

**2.**      **VIOLATION OF THE LAW (Felony Menacing - Real/Simulated Weapon)**

On or about October 16, 2008, the defendant committed the offense of Felony Menacing, in violation of C.R.S. 18-3-206-(1)(a)/(b).  This constitutes a Grade A violation of supervised release.

This charge is based on the following facts:

On December 20, 2008, the defendant was arrested by the Thornton Police Department for Fugitive From Other Jurisdiction and Felony Assault.  The defendant was charged with Assault 2nd - Cause Serious Bodily Injury; False Imprisonment; Menacing; and Telephone-Obstruct Service, in Arapahoe County District Court,
Case Number 08-cr-2634.  On April 16, 2009, the defendant pled guilty to Felony Menacing - Real/Simulated Weapon and the remaining charges were dismissed.  The defendant was sentenced to one (1) years custody to the Colorado Department of Corrections, followed by two (2) years parole.