UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00288-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMUEL RODRIGUEZ,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Friday, November 20, 2009 at 9:30 a.m.**

    Dated:  October 20, 2009